# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FIDELITY & DEPOSIT COMPANY OF MARYLAND,** : | **CIVIL ACTION NO. 1:08-CV-1219** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **WESTRA CONSTRUCTION, INC.,** : | |
| **and HOMETOWN BANK,** : | |
| : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 3rd day of November, 2010, upon consideration of the concurred-in motion (Doc. 47) requesting oral argument on plaintiff's motion for summary judgment (Doc. 41), and the court finding that oral argument is unnecessary for resolution of the summary judgment motion, see L.R. 7.9 ("The judge, in his or her discretion, may grant oral argument . . . ."), it is hereby ORDERED that the motion (Doc. 47) is DENIED.

　　　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　United States District Judge